IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW CULLIVER,<br><br>　　　　　　Defendant. | 8:21CR128<br><br>ORDER |

　　　　This matter is before the Court on defendant Matthew Culliver's ("Culliver") *pro se* Motion for Reconsideration (Filing No. 44). Culliver seeks reconsideration of the Court's January 29, 2025 (Filing No. 43) order denying his motion for sentence reduction under 18 U.S.C. § 3582(c)(2). The Court has already fully considered the matter, taking into account relevant policy statements in U.S.S.G. § 1B1.10 and the sentencing factors in 18 U.S.C. § 3553(a). Based upon that information, the Court denied the motion and sees no compelling reason to revisit that determination. Therefore, Culliver's Motion for Reconsideration is denied.

　　　　IT IS SO ORDERED.

　　　　Dated this 9th day of April 2025.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　*Robert F. Rossiter, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　Robert F. Rossiter, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Court Judge